NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNEDY GREEN,**

*Petitioner*

**v.**

**DEPARTMENT OF AGRICULTURE,**

*Respondent*

---

2022-1476

---

Petition for review of an arbitrator's decision in No. FMCS 201031-00902 by Benjamin M. Shieber.

---

**ON MOTION**

---

## O R D E R

Upon consideration of the unopposed motion of Kennedy Green to voluntarily dismiss his petition for review pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted. The petition for review is voluntarily dismissed.

2                                 GREEN v. DEPARTMENT OF AGRICULTURE

(2)  The parties shall bear their own costs.

FOR THE COURT

April 26, 2023                              /s/ Peter R. Marksteiner
        Date                                Peter R. Marksteiner
                                            Clerk of Court


ISSUED AS A MANDATE:  April 26, 2023